UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
ZARRIN GOMEZ,

        Plaintiff,

   -against-

SPARK THERAPEUTICS, INC., STEVEN M. ALTSCHULER, LARS EKMAN, KATHERINE A. HIGH, JEFFREY D. MARRAZZO, ANAND MEHRA, VINCENT MILANO, ROBERT J. PEREZ, ELLIOT SIGAL, AND LOTA ZOTH,

        Defendants.
------------------------------------- X

CASE NO.: 1:19-cv-02487-ALC

## NOTICE OF DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses without prejudice the above-titled action. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: May 6, 2020

Respectfully Submitted,

**MONTEVERDE & ASSOCIATES PC**

*/s/ Juan E. Monteverde*_____
Juan E. Monteverde
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, New York 10118
Tel: 212-971-1341
Fax: 212-202-7880

*Attorney for Plaintiff*